```
 1  H. NELSON MEEKS, State Bar No. 175800
        nelsonmeeks@cs.com
 2  LAW OFFICES OF H. NELSON MEEKS
    870 Market Street, Suite 400
 3  San Francisco, CA  94102
    Tel:  (415) 989-9915
 4  Fax:  (415) 989-9914

 5  Attorneys for Plaintiff
    DAVID OSBORN
 6
    DAVID R. ONGARO, State Bar No. 154698
 7      dongaro@perkinscoie.com
    PERKINS COIE LLP
 8  180 Townsend Street, 3rd Floor
    San Francisco, CA  94107-1909
 9  Tel:  (415) 344-7000
    Fax:  (415) 344-7050
10
    BRANDA N. ANDRADE, State Bar No. 197429
11      bandrade@perkinscoie.com
    PERKINS COIE LLP
12  10885 NE Fourth Street, Suite 700
    Bellevue, WA  98004
13  Tel:  (425) 635-1400
    Fax:  (425) 635-2400
14
    Attorneys for Defendant
15  AQUANTIVE, INC.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID OSBORN, suing individually and on behalf of the general public,<br><br>    Plaintiff,<br><br>    v.<br><br>AQUANTIVE, INC., AVENUE A/RAZORFISH, INC., JEAN-PHILLIPE MAHEU, HILARY FENNER, JOHN ROBERTS, and DOES 1-100,<br><br>    Defendants. | Case No. C 05-03552 CW<br><br>**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS** |

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS
Case No. C 05-3553 CW

[29150-0117-000000/BA053490.028]

Pursuant to Civil L.R. 16-8 and ADR L.R. 3-5, Plaintiff David Osborn and defendant aQuantive, Inc. jointly stipulate to participate in court-sponsored mediation.

DATED: December 16, 2005        **LAW OFFICES OF H. NELSON MEEKS**

By: _____
H. Nelson Meeks

Attorneys for Plaintiff
David Osborn

DATED: December 16, 2005        **PERKINS COIE LLP**

By: _____
Branda N. Andrade

Attorneys for Defendant
aQuantive, Inc.

PURSUANT TO STIPULATION, IT IS SO ORDERED

DATED: 12/20/05

_____
UNITED STATES DISTRICT JUDGE
The Honorable Claudia Wilken

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Claudia Wilken]*

- 2 -

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS
Case No. C 05-3553 CW

[29150-0117-000000/BA053490.028]

Pursuant to Civil L.R. 16-8 and ADR L.R. 3-5, Plaintiff David Osborn and defendant aQuantive, Inc. jointly stipulate to participate in court-sponsored mediation.

DATED: December 16, 2005    LAW OFFICES OF H. NELSON MEEKS

By: _____
    H. Nelson Meeks

Attorneys for Plaintiff
David Osborn

DATED: December 16, 2005    **PERKINS COIE LLP**

By: _____
    Branda N. Andrade

Attorneys for Defendant
aQuantive, Inc.

PURSUANT TO STIPULATION, IT IS SO ORDERED

DATED: _____

_____
UNITED STATES DISTRICT JUDGE
The Honorable Claudia Wilken