1  H. NELSON MEEKS, State Bar No. 175800
   nelsonmeeks@cs.com
2  LAW OFFICES OF H. NELSON MEEKS
   870 Market Street, Suite 400
3  San Francisco, CA 94102
   Tel: (415) 989-9915
4  Fax: (415) 989-9914

5  Attorneys for Plaintiff
   DAVID OSBORN
6
   DAVID R. ONGARO, Bar No. 154698
7  PERKINS COIE LLP
   180 Townsend Street, 3rd Floor
8  San Francisco, California 94107-1909
   Telephone: (415) 344-7000
9  Facsimile: (415) 344-7050

10 DONALD W. HEYRICH, *pro hac vice*
   PERKINS COIE LLP
11 10885 N.E. Fourth Street, Suite 700
   Bellevue, Washington 98004
12 Telephone: (425) 635-1400
   Facsimile: (425) 635-2400
13
   Attorneys for Defendant
14 aQuantive, Inc.

15

16
                    UNITED STATES DISTRICT COURT
17
                   NORTHERN DISTRICT OF CALIFORNIA
18

| | |
|---|---|
| DAVID OSBORN, suing individually and on behalf of the general public,<br><br>Plaintiff,<br><br>v.<br><br>AQUANTIVE, INC., AVENUE A/RAZORFISH, INC., JEAN-PHILLIPE MAHEU, HILARY FENNER, JOHN ROBERTS, and DOES 1-100,<br><br>Defendants. | CASE NO. C 05-03552 CW<br><br>STIPULATION AND ~~PROPOSED~~ ORDER |

**STIPULATION**

The parties hereby stipulate as follows:

STIPULATION AND ORDER
CASE NO. C 05-03552 CW                                                    [29150-0117/BA060440.028]

1.     The case schedule ordered by the Court requires defendants to file a motion regarding ERISA preemption of plaintiff's claims by February 24, 2006.

2.     The parties are scheduled to meet in mediation on March 9, 2006 in an effort to resolve the case.

3.     To minimize the costs and expenses incurred by the parties prior to their effort to mediate a resolution of this matter, the parties respectfully request that the Court extend the deadline for the filing of defendants' motion on ERISA preemption to March 20, 2006.

4.     The parties have discussed this request with the mediator and the mediator concurs.

DATED: February 16, 2006.

| s/Nelson Meeks | s/Donald W. Heyrich |
|---|---|
| **LAW OFFICES OF H. NELSON MEEKS** | **PERKINS COIE LLP** |
| 870 Market Street, Suite 400 | The PSE Building |
| San Francisco, CA 94102 | 10885 NE Fourth Street, Suite 700 |
| Telephone: (415) 989-9915 | Bellevue, WA 98004-5579 |
| Fax: (415) 989-9914 | Telephone: (425) 635-1400 |
| E-mail: nelsonmeeks@cs.com | Fax: (425) 635-2400 |
| Attorney for Plaintiff | E-mail: DHeyrich@perkinscoie.com |
| | Attorney for Defendants |

## I.  ORDER

Having considered the foregoing stipulation of the parties, it is hereby ordered that the deadline for defendants' motion on ERISA preemption is March 20, 2006, and a notice of hearing on April 28, 2006 @ 10:00 a.m.

DATED this 22nd day of February, 2006.

_____
Claudia Wilken
United States District Judge

- 2 -

STIPULATION AND ORDER
CASE NO. C 05-03552 CW

[29150-0117/BA060440.028]